# EXHIBIT A

# ADA & WCAG 2.1 Website Compliance Audit

**Prepared by:**




www.ADASure.com

**References**

**WCAG 2.1 guidelines (level A and AA)**

https://www.w3.org/WAI/WCAG20/quickref/?currentsidebar=%23col_customize&levels=aaa

https://www.wuhcag.com/wcag-checklist/

**Court Rulings noting ADA guidelines apply to websites**

16-CV-23020-RNS, Gil v. Winn-Dixie Stores, Inc., Southern District of Florida

National Federation of the Blind v. Target Corp (N.D. Cal. 2007) 582 F .Supp.2d 1185

Andrews v. Blick Art Materials, LLC, No. 17-CV-767, 2017 U.S Dist. LEXIS 121007 (S.D.N.Y. July 31, 2017)

Markett v. Five Guys Enters. LLC, No. 17-CV-788 (KBF), 2017 U.S Dist. LEXIS 115212 (S.D.N.Y July 21, 2017)

**Supreme Court allows blind people to sue retailers if their websites are not accessible**. The justices let stand an appeals court ruling that the Americans With Disabilities Act protects access to retailer websites and apps.

Conclusion; the website https://shop.colgate.com is not reasonably accessible to visually impaired users.

**Website audited: https://shop.colgate.com**
**Company location: NY**
**Audit Date: February 6, 2025**

## WCAG 2.1 - level A

| Guideline | Brief Explanation | Pass/Fail | Severity | Comments |
|---|---|---|---|---|
| 1.3.1 – Info and Relationships | Information, structure, and relationships conveyed through presentation can be programmatically determined or are also available in text. | Fail | Medium | Original and sale prices are differentiated visually but not verbally. For example, sighted users can see that original prices are crossed out next to bolded sale prices below products on a collection page. However, when arrow key navigation moves focus over each price back-to-back, the screen reader announces them the same way. Non-sighted users would not know the significance of the two prices announced. |
| 2.1.1 – Keyboard | Website must be accessible by keyboard only (no mouse or other pointing device). | Fail | Critical | Collapsed navigation links (and their submenus) are not accessible. As shown in the screen capture, the collapsed links are announced as "sub categories buttons," so users are aware that submenus exist for them. However, pressing the enter key or space bar does not expand the submenu or select the link to open a new webpage. Only when a mouse hovers over the link does the submenu expand. |
| 2.1.1 - Keyboard (2) | Website must be accessible by keyboard only (no mouse or other pointing device). | Fail | High | The prices displayed as text below color buttons on a product page cannot be read with the screen reader. Additionally, the 'Info' link regarding AfterPay (below this text) is not accessible. As shown in the screen capture, when focus is on the last color button of the group, pressing the down arrow key does not move focus down the page. As a result, the prices displayed immediately below these buttons cannot be read. Then, when the user presses the tab key, focus jumps immediately to the 'quantity' field, skipping the clickable 'Info' link in the process. As a result, screen reader users cannot access the 'AfterPay' pop-up that appears when the 'Info' link is clicked with a mouse. |
| 2.1.1 - Keyboard (3) | Website must be accessible by keyboard only (no mouse or other pointing device). | Fail | High | There is no verbal notification given when a color option is sold out. For example, as shown in the screen capture, when the 'black' color option is selected, the words "Sold Out" appear directly below the button, and the 'Add to Cart' button is replaced by a dimmed 'Sold Out' button. However, nothing is announced by the screen reader to convey this to non-sighted users. Then, attempts to navigate to the "Sold Out" text or button with the arrow keys are unsuccessful. Pressing the down arrow key does not move focus from the 'black' color button. The user must press the tab key to move focus from the button, at which point focus jumps down the page to the 'Description' section below. As a result, the user cannot access the "Sold Out" text or button that appears on the page, nor is it announced by the screen reader. |
| 2.4.3 – Focus Order | Website provides focus in a logical order that preserves meaning and operability. | Fail | Critical | The 'Add Bundle to Cart' button is not accessible on the 'Create Your Bundle' webpage. When the page first opens, tab focus moves immediately to the 'All' button above the products displayed on the page. The instructional text located above this button is not announced or accessible. Once the user has successfully selected four products for their bundle, the 'Add to Bundle' buttons below the remaining products on the page become inactive. The user must then tab through the remainder of the products on the page, through the footer links, back to the toolbar, and then back through the navigation region until focus finally reaches the 'Your Custom Bundle' box at the top of the page, displaying the four products that were added to the bundle. The user first hears "close icon graphic button" as focus moves to the 'remove' button for the first item displayed in the box. The user would not know the purpose of this. Only after tabbing through the four unlabeled 'remove' buttons and product links in this box does the 'Add Bundle to Cart' button come into focus. It is extremely unlikely that a user would find this button. |
| 2.4.3 - Focus Order (2) | Website provides focus in a logical order that preserves meaning and operability. | Fail | Critical | The 'Discount code' input field on the checkout page does not receive tab focus until after the 'Continue to Shipping' button and additional links (Refund Policy, Shipping Policy, etc.) which usually signify the end of a page. It is unlikely that a screen reader user would continue tabbing past the 'Continue to Shipping' button and footer links to find this field on the page. |
| 2.4.4 – Link Purpose (In Context) | Link purpose is clear from its context. | Fail | Critical | Inaccessible links are present. For example, the 'Cookie Consent Tool' link is not announced. As shown in the screen capture, we tabbed through each link and this was never announced. |
| 3.3.2 – Labels or Instructions | Elements are labeled and give instructions. | Fail | Critical | The total number of reviews and the average customer rating are displayed for each product, but they are not announced. Instead of announcing the number of reviews and the average rating, the screen reader announces all review links as "view product reviews button" without providing any meaningful context. For example, on the 'Create Your Bundle' page, there are 13 toothpaste options. A sighted user can quickly scan the page and compare products based on their average ratings, which range from 1 to 4.5 stars, with some products having no rating at all. This allows them to easily identify the highest-rated products at a glance. However, screen reader users must navigate to each review link, follow it to a new page, locate the rating, and then return to the 'Bundle' page. To gather the same comparative information that sighted users can perceive instantly, a screen reader user would need to repeat this process 13 times, creating a significant accessibility barrier. |
| 4.1.2 – Name, Role, Value | All interactive elements are labeled with a descriptive name, role, and current value. | Fail | Medium | Color options are incorrectly labeled as radio buttons. Although announced as radio buttons, arrow key navigation cannot be used to toggle focus between them as expected. The user must press the tab key to move focus through the color options. |

| | | | | |
|---|---|---|---|---|
| 4.1.2 – Name, Role, Value (2) | All interactive elements are labeled with a descriptive name, role, and current value. | Fail | Critical | When changing the quantity of a product in a bundle, the following updates occur visually: The quantity field immediately updates to 2, the quantity 'increase' button becomes dimmed, indicating that no further increases are allowed, and the selected product image is displayed in the bundle window. However, no announcement is made to screen reader users regarding these changes. |
| **Total Fails** | | **10** | | |

1.3.1 - Info and Relationships

**URL:** https://shop.colgate.com/products




Original and sale prices are differentiated visually but not verbally. For example, sighted users can see that original prices are crossed out next to bolded sale prices below products on a collection page. However, when arrow key navigation moves focus over each price back-to-back, the screen reader announces them the same way. Non-sighted users would not know the significance of the two prices announced.

2.1.1 - Keyboard

**URL:** https://shop.colgate.com/




Collapsed navigation links (and their submenus) are not accessible. As shown in the screen capture, the collapsed links are announced as "sub categories buttons," so users are aware that submenus exist for them. However, pressing the enter key or space bar does not expand the submenu or select the link to open a new webpage. Only when a mouse hovers over the link does the submenu expand.

2.1.1 - Keyboard (2)

**URL:** https://shop.colgate.com/products/hum-adult-smart-rechargeable-electric-toothbrush




The prices displayed as text below color buttons on a product page cannot be read with the screen reader. Additionally, the 'Info' link regarding AfterPay (below this text) is not accessible. As shown in the screen capture, when focus is on the last color button of the group, pressing the down arrow key does not move focus down the page. As a result, the prices displayed immediately below these buttons cannot be read. Then, when the user presses the tab key, focus jumps immediately to the 'quantity' field, skipping the clickable 'Info' link in the process. As a result, screen reader users cannot access the 'AfterPay' pop-up that appears when the 'Info' link is clicked with a mouse.

2.1.1 - Keyboard (3)

**URL:** https://shop.colgate.com/products/hum-adult-smart-rechargeable-electric-toothbrush




There is no verbal notification given when a color option is sold out. For example, as shown in the screen capture, when the 'black' color option is selected, the words "Sold Out" appear directly below the button, and the 'Add to Cart' button is replaced by a dimmed 'Sold Out' button. However, nothing is announced by the screen reader to convey this to non-sighted users. Then, attempts to navigate to the "Sold Out" text or button with the arrow keys are unsuccessful. Pressing the down arrow key does not move focus from the 'black' color button. The user must press the tab key to move focus from the button, at which point focus jumps down the page to the 'Description' section below. As a result, the user cannot access the "Sold Out" text or button that appears on the page, nor is it announced by the screen reader.

2.4.3 - Focus Order

**URL:** https://shop.colgate.com/products/create-your-bundle




The 'Add Bundle to Cart' button is not accessible on the 'Create Your Bundle' webpage. When the page first opens, tab focus moves immediately to the 'All' button above the products displayed on the page. The instructional text located above this button is not announced or accessible. Once the user has successfully selected four products for their bundle, the 'Add to Bundle' buttons below the remaining products on the page become inactive. The user must then tab through the remainder of the products on the page, through the footer links, back to the toolbar, and then back through the navigation region until focus finally reaches the 'Your Custom Bundle' box at the top of the page, displaying the four products that were added to the bundle. The user first hears "close icon graphic button" as focus moves to the 'remove' button for the first item displayed in the box. The user would not know the purpose of this. Only after tabbing through the four unlabeled 'remove' buttons and product links in this box does the 'Add Bundle to Cart' button come into focus. It is extremely unlikely that a user would find this button.

2.4.3 - Focus Order (2)

**URL:** https://checkout.shop.colgate.com/checkouts/cn/Z2NwLXVzLWVhc3QxOjAxSks5MUdQUkUwUUgzWkZONTlQQjBFUFNC/information?auto_redirect=false&edge_redirect=true&locale=en-US&skip_shop_pay=true




The ‘Discount code’ input field on the checkout page does not receive tab focus until after the ‘Continue to Shipping’ button and additional links (Refund Policy, Shipping Policy, etc.) which usually signify the end of a page. It is unlikely that a screen reader user would continue tabbing past the ‘Continue to Shipping’ button and footer links to find this field on the page.

2.4.4 - Link Purpose

**URL:** https://shop.colgate.com/learn/travel-oral-care




Inaccessible links are present. For example, the 'Cookie Consent Tool' link is not announced. As shown in the screen capture, we tabbed through each link and this was never announced.

3.3.2 - Labels or Instructions

**URL:** https://shop.colgate.com/products/create-your-bundle






The total number of reviews and the average customer rating are displayed for each product, but they are not announced. Instead of announcing the number of reviews and the average rating, the screen reader announces all review links as "view product reviews button" without providing any meaningful context. For example, on the 'Create Your Bundle' page, there are 13 toothpaste options. A sighted user can quickly scan the page and compare products based on their average ratings, which range from 1 to 4.5 stars, with some products having no rating at all. This allows them to easily identify the highest-rated products at a glance. However, screen reader users must navigate to each review link, follow it to a new page, locate the rating, and then return to the 'Bundle' page. To gather the same comparative information that sighted users can perceive instantly, a screen reader user would need to repeat this process 13 times, creating a significant accessibility barrier.

4.1.2 - Name, Role, Value

**URL:** https://shop.colgate.com/products/hum-adult-smart-rechargeable-electric-toothbrush




Color options are incorrectly labeled as radio buttons. Although announced as radio buttons, arrow key navigation cannot be used to toggle focus between them as expected. The user must press the tab key to move focus through the color options.

4.1.2 - Name, Role, Value (2)

**URL:** https://shop.colgate.com/products/create-your-bundle




When changing the quantity of a product in a bundle, the following updates occur visually: The quantity field immediately updates to 2, the quantity 'increase' button becomes dimmed, indicating that no further increases are allowed, and the selected product image is displayed in the bundle window. However, no announcement is made to screen reader users regarding these changes.

**Michael R. McCaffrey (CPACC)**
2295 S. Hiawassee Rd. #104
Orlando, FL 32835
(813) 944-0104
Michael.McCaffrey@adasure.com
Linkedin
Website

## EXPERIENCE

**ADASure - Founder**
2016 - Present

Schedule, run and investigate results from manual and automated and manual testing of websites, videos, PDFs, and other digital assets for compliance.

- Perform and manage accessibility testing according to industry standards using manual and automated testing.
- Guidance on prioritization and remediation of accessibility issues according to industry standards and practical experience.
- Project scoping and cost estimates.
- ADA Conference speaker – Central States Private Education Network (CSPEN) 2018, Chicago. Oklahoma Board of Private Vocational Schools (OBPVS) 2019, Oklahoma. Florida Virtual Entrepreneur Center (FLVEC) in 2019 and 2020.

| | |
|---|---|
| 2016 – 2018 | Ultimate Medical Academy – Compliance Consultant |
| 2016 – 2017 | Hooah LLC – Accessibility Consultant (DoD project) |
| 2014 – 2015 | Weston Education Group – Head of Marketing |
| 2013 – 2014 | Delta Education – VP of Marketing |
| 2011 – 2013 | EduK Group (Puerto Rico) – Director of Marketing and Operations |
| 2009 – 2011 | Empire Education Group – VP of Marketing |
| 2007 – 2009 | JPMorgan Chase – VP of Marketing |
| 2003 – 2007 | JPMorgan Chase – Software Developer |
| 2002 – 2003 | Thomson Reuters – Manager of Business Engineering |
| 1998 – 2001 | Ernst & Young – Senior Consultant (software engineering) |

**Expert Deposition for the following Federal cases:**

- 17-cv-22898: Gomez v Fitness International
- 17-cv-22747: MGC Andres Gomez v. General Nutrition Corporation
- 17-cv-2110: Castillo v. Jo-Ann Stores, LLC
- 17-cv-01999 Price v Orlando Health

**Expert Reports for the following Federal case:**

- 1:17-cv-22668: Juan Carlos Gil v. Albion Associates, Ltd.

**Expert Reports for the Following State Cases:**

- Supreme Court for the State of New York, County of 156596/2017 Juan Carlos Gil v. American Express Travel Related Services Company, Inc.

## EDUCATION

Nova Southeastern University - Ft. Lauderdale, FL, **Ph.D., Information Science**, 2017-2022 (on hold)

The University of Florida – Gainesville, FL, Graduate certificate – **Communicating Value Online and Web Conversion**, 2016-2017

Rollins College – Winter Park, FL, **Mini-MBA,** 2015 **-** 2016

The Pennsylvania State University - Malvern, Pennsylvania, **M.S., Information Science,** 2005

Drexel University - Philadelphia, Pennsylvania, **B.S., Computer Information Systems,** 1998

## ACADEMIC EXPERIENCE

Wilmington University, Wilmington, Delaware

Adjunct Professor, Computer Information Science 2006-2009

## MEMBERSHIPS

- The International Association of Accessibility Professionals

## ACCESSIBILITY AND ADA TRAINING

- International Association of Accessibility Professionals (IAAP) Certified Professional in Accessibility Core Competencies (CPACC) Certification - 2018
- IAAP CPACC Certification Preparation Training – Deque Systems 2018
- Section 508 and digital accessibility – Hooah LLC, Part of the DoD program; "Defense Activity for Non-Traditional Education Support (DANTES), 2016
- Website accessibility fundamentals – JPMorgan Chase, 2005
- Software development and accessibility – Ernst & Young 1999
- Automated and manual software testing – Ernst & Young 2000

**CERTIFICATIONS**

- Google AdWords (Display) - 2017
- Google AdWords (Search) - 2017
- Emails Messaging Optimization - MECLABS Institute, 2016
- ROI Mastery Certification - ROI Institute, Inc., 2015
- Value Proposition Certification - MECLABS Institute, 2015
- Search Engine Marketing Certification - Marin Software, 2012
- Java Programming I, Sun Microsystems, 2000
- Java Programming Advanced, Sun Microsystems, 2000
- Object-Oriented Programming and The Rational Unified Process - IBM-2000