USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, *on behalf of herself and all other persons similarly situated,*

        Plaintiff,

-against-

COLGATE-PALMOLIVE COMPANY,

        Defendant.

1:25-cv-1238-MKV

<u>ORDER OF DISMISSAL</u>

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties stating that they have reached a settlement in principle [ECF No. 9]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and if the application to restore the action is made by May 19, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

    The Clerk of Court respectfully is requested to terminate the letter motion at ECF No. 9.

**SO ORDERED.**

**Date: April 17, 2025**
**New York, NY**

                                                         */s/ Mary Kay Vyskocil*
                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**